Robert J. Beles Bar No. 41993
Law Offices of Beles & Beles
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for Petitioner
ANDRE T. POOLE

# United States District Court
## Northern District of California

| | |
|---|---|
| ANDRE T. POOLE,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CDCR SECRETARY,<br><br>　　　　Respondent.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Real Party in Interest. | No. 4:20-cv-02283-HSG |

### ORDER REMOVING STAY (AS MODIFIED)

Petitioner's motion to remove the stay in this matter and proceed with his previously exhausted habeas claims is HEREBY GRANTED. The stay entered by this court on July 24, 2020, ECF number 8, is hereby removed. The Clerk is directed to re-open this case.

Dated:  1/9/2023

_____
United States District Judge