IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRE T. POOLE,** | Case No. 20-cv-02283-HSG |
| Petitioner, | **ORDER** |
| **v.** | |
| **CDCR SECRETARY[1],** | |
| Respondent. | |

Good cause appearing, Respondent may have until June 26, 2023, to file his answer to the application for writ of habeas corpus.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel on or before July 26, 2023.

Dated:  4/26/2023

*Haywood S. Gilliam, Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

---

[1] We ask that Pat Horn be substituted for the CDCR Secretary as respondent.  See Rules Governing § 2254 Cases, Rule 2(a); Fed. R. Civ. P. 25(d).